NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HUMPHRIES, LINDA HUMPHRIES, <br><br> Plaintiffs, <br><br> v. <br><br> BUSHWICK METALS, INC., ET AL., <br><br> Defendants. | Civil Action No. 13-76 (SDW) (SCM) <br><br> **ORDER** <br><br> February 13, 2015 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation filed on January 23, 2015 ("R&R") by Magistrate Judge Steven Mannion ("Magistrate Judge Mannion"), recommending that plaintiffs Robert Humphries and Linda Humphries ("Plaintiffs") Complaint be dismissed without prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objections have been filed to the R&R.

This Court has reviewed the reasons set forth by Magistrate Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Magistrate Judge Mannion (Dkt. No. 27) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                          s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Mannion